AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05 - 722__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

__10/7/05__　　　　　　　　　　__[signature]__
(Date forms issued)　　　　　　(Signature of Party or their Representative)

__CHRIS  L.  DELMATTO__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action