IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS MANAGEMENT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No.: |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| TAN U.S. GROUP, INC., | ) |
| | ) |
| Defendant | ) |
| | ) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff RSI Home Products Management, Inc ("RSI") hereby states that that no publicly held corporation owns 10% or more of its stock. RSI is wholly owned by RSI Home Products, Inc., which is a privately held corporation. RSI Home Products, Inc is wholly owned by RSI Holding Corp which is also privately held.

OF COUNSEL:

T. Earl LeVere
Bricker & Eckler LLP
100 South Third Street
Columbus, OH  43215
(614) 227-2300

Jerry K. Mueller, Jr
Mueller & Smith, LPA
7700 Rivers Edge Drive
Columbus, OH 43235
Telephone: (614) 436-0600

_____
Frederick L. Cottrell, III (# 2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
   Attorneys for plaintiff RSI Home Products
   Management, Inc.

Dated: October 7, 2005

RLF1-2931657-1