IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS MANAGEMENT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> TAN U.S. GROUP, INC., ) <br> ) <br> ) <br> Defendant. ) | C.A. No. 05-722-GMS <br><br> **JURY TRIAL DEMANDED** |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of T. Earl LeVere of Bricker & Eckler LLP, to represent plaintiff RSI Home Products Management, Inc. in this action.

/s/ *signature*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for plaintiff RSI Home Products Management, Inc.*

Dated: November 9, 2005

SO ORDERED this _____ day of November, 2005,

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the State of Ohio Bar. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ T. Earl LeVere*

T. Earl LeVere
Bricker & Eckler, LLP
100 South Third Street
Columbus, Ohio 43215-4291
(614) 227-2328

Dated: November 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2005, true and correct copies of the foregoing were caused to be served as indicated below:

### HAND DELIVERY

Tan U.S. Group, Inc.
c/o Incorporating Services, Ltd.
3500 South DuPont Highway
Dover, Delaware 19901

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2943799-1