# United States District Court
DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS MANAGEMENT, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>TAN U.S. GROUP, INC., )<br>)<br>Defendant. ) | **SUMMONS IN A CIVIL ACTION**<br><br>C.A. No. 05-722-GMS |

TO:   Tan U.S. Group, Inc.
      c/o Incorporating Services, Ltd.
      3500 South DuPont Highway
      Dover, DE 19901

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

**Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700**

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clerk   **PETER T. DALLEO**               Date         NOV 0 9 2005

By Deputy Clerk
  *[signature: Evette Walker]*

RLF1-2943668-1

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 11/09/05 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: TAN U.S. GROUP, INC. C/O INCORPORATING SERVICES, LTD. AT 3500 S. DUPONT HWY. DOVER, DE COPIES THEREOF WERE ACCEPTED BY LESLIE POPE (PROCESS AGENT)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/0905
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

ALSO SERVED
MOTION & ORDER FOR ADMISSION PRO HAC VICE
PLAINTIFF'S RULE 7 1 DISCLOSURE STATEMENT
NOTICE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure