IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RSI HOME PRODUCTS MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-722-GMS |
| v. | ) ) | |
| TAN U.S. GROUP, INC., | ) ) ) | |
| Defendant. | | |

## STIPULATION AND ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for defendant to answer, move, or otherwise respond to the complaint shall be extended through and including December 13, 2005.

RICHARDS LAYTON & FINGER

/s/ Alyssa M. Schwartz
Frederick L. Cottrell, III (#2555)
Alyssa M. Schwartz (#4351)
One Rodney Square
Wilmington, DE 19899
Telephone: (302) 651-7700
cottrell@rlf.com
schwartz@rlf.com

*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

David C. McBride (#408)
John W. Shaw (#3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Telephone: (302) 571-6600
dmcbride@ycst.com
jshaw@ycst.com

*Attorneys for Defendant*

SO ORDERED this _____ day of November, 2005.

_____
United States District Court Judge