**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RSI Home Products Management, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-722-GMS |
| | ) | |
| TAN U.S. Group, Inc., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant TAN U.S. Group, Inc. hereby states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

/s/ David C. McBride

David C. McBride (DE # 408)
John W. Shaw (DE # 3362)
Dawn M. Jones (DE # 4270)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
dmcbride@ycst.com
Counsel for Defendant

OF COUNSEL

Charles C. Kline
Jason N. Zakia
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Fax: (305) 371-3013

## CERTIFICATE OF SERVICE

I, David C. McBride, Esquire, hereby certify that on March 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire
>Alyssa M. Schwartz, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

I further certify that on March 2, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS AND FACSIMILE TRANSMISSION:**

>T. Earl LeVere, Esquire
>Bricker & Eckler LLP
>100 South Third Street
>Columbus, OH 43215

>Jerry K. Mueller, Jr.
>Mueller & Smith, LPA
>7700 Rivers Edge Drive
>Columbus, OH 43235

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>David C. McBride (#408)
>Dawn M. Jones (No. 4270)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>dmcbride@ycst.com
>Attorneys for Tan U.S. Group, Inc.

DB02:5196003.1                                                    064844.1001