UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RSI Home Products Management, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-722-GMS |
| | ) | |
| TAN U.S. Group, Inc., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant | ) | |
| | ) | |

## NOTICE OF CHANGE TO DISTRIBUTION LIST

Defendant, TAN U.S. Group, Inc., by and through its undersigned attorneys, hereby provides notice to all parties to adjust their distribution lists to substitute Charles C. Kline of White & Case LLP for Joseph J. Frank in this case.

_____
David C. McBride (DE # 408)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
dmcbride@ycst.com
*Attorneys for defendant Tan U.S. Group, Inc.*

OF COUNSEL

Charles C. Kline
WHITE & CASE LLP
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 995-5206
Facsimile: (305) 358-5744

## CERTIFICATE OF SERVICE

I, David C. McBride, Esquire, hereby certify that on March 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Alyssa M. Schwartz, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

I further certify that on March 2, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS AND FACSIMILE TRANSMISSION:**

> T. Earl LeVere, Esquire
> Bricker & Eckler LLP
> 100 South Third Street
> Columbus, OH 43215

> Jerry K. Mueller, Jr.
> Mueller & Smith, LPA
> 7700 Rivers Edge Drive
> Columbus, OH 43235

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
David C. McBride (#408)
Dawn M. Jones (No. 4270)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
dmcbride@ycst.com
Attorneys for Tan U.S. Group, Inc.