IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS MANAGEMENT, INC., ) ) ) Plaintiff, ) ) v. ) ) TAN U.S. GROUP, INC., ) ) Defendant. ) ) | C.A. No. 05-722-GMS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Charles C. Kline and Jason N. Zakia of White & Case LLP, to represent defendant Tan U.S. Group, Inc. in this matter.

_____
David C. McBride (DE # 408)
John W. Shaw (DE #3362)
Dawn M. Jones (DE #4270)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
dmcbride@ycst.com
Attorneys for Defendant

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Charles C. Kline and Jason N. Zakia is granted.

Dated: _____           _____
                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                                Charles C. Kline
                                                White & Case LLP
                                                Wachovia Financial Center
                                                200 South Biscayne Boulevard, Suite 4900
                                                Miami, FL 33131-2352
                                                Telephone: (305) 371-2700
                                                Facsimile: (305) 358-5744
                                                ckline@whitecase.com

Dated: February 24, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Jason N. Zakia
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
jzakia@whitecase.com

Dated: February 22, 2006

## CERTIFICATE OF SERVICE

I, David C. McBride, Esquire, hereby certify that on March 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Alyssa M. Schwartz, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

I further certify that on March 2, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS AND FACSIMILE TRANSMISSION:**

> T. Earl LeVere, Esquire
> Bricker & Eckler LLP
> 100 South Third Street
> Columbus, OH 43215

> Jerry K. Mueller, Jr.
> Mueller & Smith, LPA
> 7700 Rivers Edge Drive
> Columbus, OH 43235

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
David C. McBride (#408)
Dawn M. Jones (No. 4270)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
dmcbride@ycst.com
Attorneys for Tan U.S. Group, Inc.