# EXHIBIT A

## **PROPOSED CASE SCHEDULE**

| Event | Proposal |
|---|---|
| Exchange of Initial Disclosures | April 28, 2006 |
| Submission of Joint *Markman* Claim Construction Chart | October 2, 2006 |
| Opening Markman Briefs | October 27, 2006 |
| Responsive Markman Briefs | November 17, 2006 |
| Markman Hearing | December 2006 |
| Notice of Reliance on Advice of Counsel as a Defense to Willful Infringement, Production of Opinions of Counsel, and Production of all Related Materials | January 12, 2007 |
| Motion to Amend Pleadings | January 26, 2007 |
| Motion to Join Additional Parties | January 26, 2007 |
| Completion of Fact Discovery | March 23, 2007 (or 60 days after *Markman* decision) |
| Opening Expert Reports (burden of proof) | April 6, 2007 (or 75 days after *Markman* decision) |
| Answering Expert Reports | May 4, 2007 (or 105 days after *Markman* decision) |
| Completion of Expert Discovery | May 25, 2007 |
| Letter Briefs Seeking Permission to file Dispositive Motions | Opening: 6/18/07<br>Response: 6/25/07<br>Reply: 6/29/07 |
| Hearing Concerning Permission to File Summary Judgment Motions | Discretion of Court |
| Summary Judgment Briefing | Opening: 7/20/07<br>Response: 8/10/07<br>Reply: 8/24/07 |

| Event | Proposal |
|---|---|
| Summary Judgment Hearing | At Court's discretion |
| Motions in Limine | Opening: 9/21/07<br>Response: 10/05/07<br>Reply: 10/12/07 |
| Submission of Joint Proposed Pretrial Order | 30 days before pretrial conference |
| Pretrial Conference | At Court's discretion |
| Trial | February 2008 |