IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS, INC., RSI HOME PRODUCTS MANAGEMENT, INC., and RSI HOME PRODUCTS SALES, Inc.,<br><br>      Plaintiff,<br><br>      v.<br><br>TAN U.S. GROUP, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-722-GMS<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Kevin X. McGann and Daren M. Orzechowski of White & Case LLP to represent TAN U.S. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

                                YOUNG CONAWAY STARGATT &
                                TAYLOR, LLP

                                /s/ Dawn M. Jones
                                John W. Shaw (No. 3362)
                                Dawn M. Jones (No. 4270)
                                The Brandywine Building, 17th Floor
                                1000 West Street
                                Wilmington, Delaware 19801
                                (302) 571-6600
                                djones@ycst.com

                                *Attorneys for TAN U.S. Group, Inc..*

Dated: March 27, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission <u>pro</u> <u>hac</u> <u>vice</u> of Kevin X. McGann and Daren M. Orzechowski is granted.

Date: March ___, 2006

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS, INC., RSI HOME PRODUCTS MANAGEMENT, INC., and RSI HOME PRODUCTS SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TAN U.S. GROUP, INC., <br><br> Defendant. | C.A. No. 05-722-GMS |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
Kevin X. McGann
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Dated: March 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS, INC., RSI HOME PRODUCTS MANAGEMENT, INC., and RSI HOME PRODUCTS SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TAN U.S. GROUP, INC., <br><br> Defendant. | C.A. No. 05-722-GMS |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, The United States Supreme Court, the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: /s/ Daren M. Orzechowski
Daren M. Orzechowski
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Dated: March 27, 2006

## CERTIFICATE OF SERVICE

I, Dawn M. Jones, Esquire, hereby certify that on March 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Alyssa M. Schwartz, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

I further certify that on March 27, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS AND FACSIMILE TRANSMISSION:**

> T. Earl LeVere, Esquire
> Bricker & Eckler LLP
> 100 South Third Street
> Columbus, OH 43215

> Jerry K. Mueller, Jr.
> Mueller & Smith, LPA
> 7700 Rivers Edge Drive
> Columbus, OH 43235

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Dawn M. Jones
David C. McBride (#408)
Dawn M. Jones (No. 4270)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
djones@ycst.com
Attorneys for Tan U.S. Group, Inc.