IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS, INC., RSI HOME PRODUCTS MANAGEMENT, INC., and RSI HOME PRODUCT SALES, INC.<br><br>      Plaintiffs,<br>v.<br><br>TAN U.S. GROUP, INC.,<br><br>      Defendant. | C.A. No. 05-722-GMS |

## ORDER

At Wilmington this ___ day of _____, 2006, Defendant Tan U.S. Group, Inc. having made a Motion to Dismiss Counts III & IV of Plaintiffs' First Amended Complaint, having heard argument by the parties, and having reviewed the file, IT IS HEREBY

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss Counts III & IV of Plaintiffs' First Amended Complaint is GRANTED, and Counts III and IV are dismissed with prejudice.

_____
United States District Court Judge