# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

April 6, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    **RSI Home Products Management, Inc. et al. v. Tan U.S. Group Inc.**
              **C.A. No. 05-722-GMS**

Dear Judge Sleet:

    As requested, the parties have revised the scheduling order for the above-captioned matter based on the dates agreed upon at the March 29, 2006 scheduling conference with Your Honor. Enclosed for Your Honor's consideration is the revised scheduling order.

    If Your Honor has any questions regarding the scheduling order or any other aspect of this matter, counsel remain available at the Court's convenience.

                                  Respectfully,

                                  Alyssa M. Schwartz (#4351)

AMS:lmg

Enclosure

cc:    Clerk of Court (by electronic filing)
        John Shaw, Esq. (by electronic filing and hand delivery)
        T. Earl LeVere, Esq. (by electronic mail)