IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS, INC.; RSI HOME PRODUCTS MANAGEMENT INC. and RSI HOME PRODUCTS SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TAN U.S. GROUP, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-722-GMS <br><br> JURY TRIAL DEMANDED |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jerry Karl Mueller, Jr. and Diane Elizabeth Burke of Mueller and Smith, L.P.A., to represent plaintiffs RSI Home Products Management, Inc., RSI Home Products Management, Inc. and RSI Home Products Sales, Inc. in this action.

                                                Frederick L. Cottrell, III (#2555)
                                                cottrell@rlf.com
                                                Alyssa M. Schwartz (#4351)
                                                schwartz@rlf.com
                                                Richards, Layton & Finger, P.A.
                                                One Rodney Square, P.O. Box 551
                                                Wilmington, DE 19899
                                                (302) 651-7700
                                                *Attorneys for plaintiffs RSI Home Products Management, Inc., RSI Home Products Management, Inc. and RSI Home Products Sales, Inc.*

Dated: April 7, 2006

SO ORDERED this _____ day of April, 2006.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the State of Ohio Bar. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*[signature]*
Jerry K. Mueller, Jr.
Mueller and Smith, L.P.A.
Mueller Smith Building
7700 Rivers Edge Drive
Columbus, OH 43235-1355
(614) 436-0600

Dated: 4 April 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the State of Ohio Bar. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*Diane E. Burke*
Diane E. Burke
Mueller and Smith, L.P.A.
Mueller-Smith Building
7700 Rivers Edge Drive
Columbus, OH  43235-1355
(614) 436-0600

Dated: *April 4, 2006*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

David C. McBride
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on April 7, 2006, I have caused the foregoing to be sent by Federal Express to the following non-registered participant:

Joseph J. Frank
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131-2352

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700