## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RSI HOME PRODUCTS, INC., | ) | |
| RSI HOME PRODUCTS MANAGEMENT, INC., | ) | |
| and | ) | |
| RSI HOME PRODUCTS SALES, INC., | ) | |
| | ) | C.A. No. 05-722-GMS |
| Plaintiffs, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| TAN U.S. GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 25, 2006, true and correct copies of Plaintiffs'

Objections and Responses to Defendant's Requests for Production Numbered 1-5 were served on

counsel below as noted:

**BY HAND DELIVERY**

David C. McBride
John W. Shaw
Dawn M. Jones
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Charles C. Kline
Jason N. Zakia
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131-2352

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Of Counsel:

T. Earl LeVere
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215
(614) 227-2328


Jerry K. Mueller, Jr.
Mueller & Smith, LPA
7700 Rivers Edge Drive
Columbus, OH 43235
(614) 436-0600

Dated: May 25, 2006

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Plaintiffs RSI Home Products,*
*Inc., RSI Home Products Management, Inc.,*
*and RSI Home Products Sales, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2006, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

### BY HAND DELIVERY

David C. McBride
John W. Shaw
Dawn M. Jones
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on May 25, 2006, I have caused the foregoing to be sent by Federal

Express to the following non-registered participants:

Charles C. Kline
Jason N. Zakia
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131-2352

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Alyssa M. Schwartz (#4351)
schwartz@rlf.com