IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RSI HOME PRODUCTS, INC., <br> RSI HOME PRODUCTS MANAGEMENT, <br> INC., and RSI HOME PRODUCT SALES, <br> INC. <br><br> Plaintiffs, <br> v. <br><br> TAN U.S. GROUP, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 05-722-GMS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE OF
## DEFENDANT'S REQUESTS FOR PRODUCTION NUMBERED 6-97

PLEASE TAKE NOTICE that on May 26, 2006, copies of Defendant's Requests For Production Numbered 6-97 were served upon the following counsel of record and non-registered participants in the manner indicated:

**BY HAND DELIVERY**
Frederick L. Cottrell, III Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS AND FACSIMILE TRANSMISSION**
T. Earl LeVere, Esquire
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Jerry K. Mueller, Jr.
Mueller & Smith, LPA
7700 Rivers Edge Drive
Columbus, OH 43235

Additionally, on May 26, 2006, copies of this Notice of Service were served as indicated below:

**BY CM/ECF & HAND DELIVERY**
Frederick L. Cottrell, III Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS AND FACSIMILE TRANSMISSION**
T. Earl LeVere, Esquire
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Jerry K. Mueller, Jr.
Mueller & Smith, LPA
7700 Rivers Edge Drive
Columbus, OH 43235

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Dawn M. Jones

Of Counsel:
Charles C. Kline
Jason N. Zakia
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8312

David C. McBride (# 408)
John W. Shaw (# 3362)
Dawn M. Jones (#4270)
djones@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600

*Counsel for Tan U.S. Group, Inc., Defendant*