IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS, INC., RSI HOME PRODUCTS MANAGEMENT, INC., and RSI HOME PRODUCTS SALES, Inc.<br><br>Plaintiff,<br><br>v.<br><br>TAN U.S. GROUP, INC.,<br><br>Defendant. | C.A. No. 05-722-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for Tan U.S. Group, Inc., hereby certifies that copies of (1) Defendant's Objections To Plaintiff's Request For Inspection Of Premises and (2) this Notice of Service were caused to be served on July 10, 2006, upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL AND HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

**BY E-MAIL AND FEDERAL EXPRESS**

T. Earl LeVere, Esquire
Bricker & Eckler LLP
100 South Third Street
Columbus, OH  43215

Jerry K. Mueller, Jr., Esquire
Mueller & Smith, LPA
7700 Rivers Edge Drive
Columbus, OH  43235

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

John W. Shaw (No. 3362)
Dawn M. Jones (No. 4270)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
djones@ycst.com
*Attorneys for TAN U.S. Group, Inc.*

**OF COUNSEL:**

Charles C. Kline
Jason N. Zakia
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

Kevin X. McGann
Daren M. Orzechowski
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200