IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS, INC., <br> RSI HOME PRODUCTS MANAGEMENT, INC., <br> and <br> RSI HOME PRODUCTS SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TAN U.S. GROUP, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-722-GMS <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 31, 2006, true and correct copies of Plaintiff RSI Home Products, Inc., RSI Home Products Management, Inc. and RSI Home Product Sales, Inc.'s Requests for Production of Documents Numbered 39-64 to Defendant Tan U.S. Group, Inc. were served on counsel below as noted:

**BY HAND DELIVERY**

David C. McBride
John W. Shaw
Dawn M. Jones
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Charles C. Kline
Jason N. Zakia
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131-2352

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

RLF1-3042958-1

/s/ *signature*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Plaintiffs RSI Home Products, Inc., RSI Home Products Management, Inc., and RSI Home Products Sales, Inc.*

Of Counsel:

T. Earl LeVere
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215
(614) 227-2328

Jerry K. Mueller, Jr.
Mueller & Smith, LPA
7700 Rivers Edge Drive
Columbus, OH 43235
(614) 436-0600

Dated: July 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

David C. McBride
John W. Shaw
Dawn M. Jones
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on July 31, 2006, I have caused the foregoing to be sent by Federal Express to the following non-registered participants:

Charles C. Kline
Jason N. Zakia
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131-2352

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-3018072-1