IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS, INC., RSI HOME PRODUCTS MANAGEMENT, INC., and RSI HOME PRODUCT SALES, INC.<br><br>      Plaintiffs,<br>v.<br><br>TAN U.S. GROUP, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-722-GMS<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 31, 2006 copies of (1) Defendant's Responses and Objections to Plaintiffs' First Set of Interrogatories and (2) Defendant's Objections to Plaintiffs' Request For Production Numbered 1-38 were caused to be served upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS AND E-MAIL**

T. Earl LeVere, Esquire
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Jerry K. Mueller, Jr.
Mueller & Smith, LPA
7700 Rivers Edge Drive
Columbus, OH 43235

Additionally, on July 31, 2006, copies of this Notice of Service were caused to be served upon the following counsel of record in the manner indicated below:

**BY CM/ECF & HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS AND E-MAIL**

T. Earl LeVere, Esquire
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Jerry K. Mueller, Jr.
Mueller & Smith, LPA
7700 Rivers Edge Drive
Columbus, OH 43235

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Dawn M. Jones

David C. McBride (# 408)
John W. Shaw (# 3362)
Dawn M. Jones (#4270)
djones@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600

Of Counsel:
Charles C. Kline
Jason N. Zakia
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8312

Dated: July 31, 2006

*Counsel for Tan U.S. Group, Inc., Defendant*