IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RSI HOME PRODUCTS, INC.,        )
RSI HOME PRODUCTS MANAGEMENT,   )
INC., and RSI HOME PRODUCT SALES, )
INC.                            )
                                )
            Plaintiffs,         )        C.A. No. 05-722-GMS
     v.                         )
                                )        **JURY TRIAL DEMANDED**
TAN U.S. GROUP, INC.,           )
                                )
            Defendant.          )

## NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on August 3, 2006, copies of (1) the verification of

Abraham Tanus in support of Defendant's Responses and Objections to Plaintiffs' First Set of

Interrogatories and (2) this Notice of Service were caused to be served upon the following

counsel of record in the manner indicated below:

### BY HAND DELIVERY AND E-MAIL

        Frederick L. Cottrell, III, Esquire
        Richards Layton & Finger
        One Rodney Square
        920 North King Street
        Wilmington, DE 19801

### BY FEDERAL EXPRESS AND E-MAIL

        T. Earl LeVere, Esquire
        Bricker & Eckler LLP
        100 South Third Street
        Columbus, OH 43215

        Jerry K. Mueller, Jr.
        Mueller & Smith, LPA
        7700 Rivers Edge Drive
        Columbus, OH 43235

Additionally, on August 3, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notice that such filing is available for viewing and downloading to the following:

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Of Counsel:

Charles C. Kline
Jason N. Zakia
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8312

Dated: August 3, 2006

David C. McBride (# 408)
John W. Shaw (# 3362)
Dawn M. Jones (#4270)
D. Fon Muttamara-Walker (#4646)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
*fmuttamara-walker@ycst.com*

*Counsel for Tan U.S. Group, Inc., Defendant*