IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RSI HOME PRODUCTS, INC., <br> RSI HOME PRODUCTS MANAGEMENT, <br> INC., and RSI HOME PRODUCT SALES, <br> INC. <br><br> Plaintiffs, <br> v. <br><br> TAN U.S. GROUP, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 05-722-GMS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 31, 2006, copies of (1) Defendant's Requests for Production Numbered 98 – 102 and (2) Defendant's Interrogatories Numbered 1 – 6, and (3) this Notice of Service were caused to be served upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS AND E-MAIL**

T. Earl LeVere, Esquire
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Jerry K. Mueller, Jr.
Mueller & Smith, LPA
7700 Rivers Edge Drive
Columbus, OH 43235

                         YOUNG CONAWAY STARGATT & TAYLOR, LLP

                         /s/ Dawn M. Jones (#4270)
                         _____

Of Counsel:                          David C. McBride (# 408)
                                    John W. Shaw (# 3362)
Charles C. Kline                   Dawn M. Jones (#4270)
Jason N. Zakia                    D. Fon Muttamara-Walker (#4646)
White & Case LLP               The Brandywine Building
Wachovia Financial Center       1000 West Street, 17th Floor
200 South Biscayne Boulevard, Suite 4900   P.O. Box 391
Miami, FL 33131-2352          Wilmington, DE 19899-0391
(305) 371-2700                   Telephone: (302) 571-6600
                                    *djones@ycst.com*

Kevin X. McGann
White & Case LLP               *Counsel for Tan U.S. Group, Inc., Defendant*
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8312

Dated: August 31, 2006