IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RSI HOME PRODUCTS, INC., RSI HOME        )
PRODUCTS MANAGEMENT, INC., and RSI       )
HOME PRODUCTS SALES, Inc.                )
                                         )
       Plaintiffs,                      )
                                         )
    v.                                   )        C.A. No. 05-722-GMS
                                         )
TAN U.S. GROUP, INC.,                    )
                                         )
       Defendant.                       )

## STIPULATION AND ORDER FOR EXTENSION OF TIME

       Whereas the parties have reached an agreement in principal as to the terms of a settlement and require an additional week to allow for the negotiation and execution of final settlement documents;

       The parties hereby stipulate, subject to the approval of the Court, that the defendant shall have an extension of time to submit their claim construction chart to plaintiffs due today until Friday, October 6, 2006.

       The parties further stipulate, subject to the approval of the Court, that the plaintiffs shall have an extension of time to serve their responses to Defendant's Interrogatories Nos. 1 - 6 and Defendant's Requests for Production Nos. 98 - 102 served August 31, 2006, until October 9, 2006.

RICHARDS LAYTON & FINGER          YOUNG CONAWAY STARGATT &  TAYLOR, LLP


  /s/Alyssa M. Schwartz                        /s/Dawn M. Jones
Frederick L. Cottrell, III (#2555)          John W. Shaw (#3362)
cottrell@rlf.com                            jshaw@ycst.com
Alyssa M. Schwartz (#4351)                  Dawn M. Jones (#4270)
schwartz@rlf.com                            djones@ycst.com
One Rodney Square                           The Brandywine Building, 17th Floor
920 North King Street                       1000 West Street
Wilmington, DE 19801                        Wilmington, DE  19801
(302) 651-7700                              (302) 571-6600


***Attorneys for RSI Home Products, Inc., RSI***     *Attorneys for TAN U.S. Group, Inc.*
***Home Products Management, Inc., And RSI***
***Home Products Sales, Inc.***


        SO ORDERED this _____ day of _____, 2006.


                        _____
                        United States District Judge