IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RSI HOME PRODUCTS, INC., RSI HOME PRODUCTS MANAGEMENT, INC., and RSI HOME PRODUCTS SALES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-722-GMS |
| TAN U.S. GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Whereas the parties have reached an agreement in principal as to the terms of a settlement and require additional time to allow for the negotiation and execution of final settlement documents;

The parties hereby stipulate, subject to the approval of the Court, that the defendant shall have an extension of time to submit their claim construction chart to plaintiffs, now due October 6, 2006, until Friday, October 20, 2006 and the parties shall submit their joint claim construction charts, now due October 13, 2006, on Monday, October 23, 2006. The parties are not requesting any change to the schedule for claim construction briefing or argument.

The parties further stipulate, subject to the approval of the Court, that the plaintiffs shall have an extension of time to serve their responses to Defendant's Interrogatories Nos. 1-6 and

Defendant's Request's for Production Nos. 98-102 served on August 31, 2006, until October 23, 2006.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s Alyssa M. Schwartz<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Alyssa M. Schwartz (#4351)<br>schwartz@rlf.com<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19899<br>Phone: (302) 651-7700<br>Fax: (302) 651-7701 | David C. McBride (# 408)<br>dmcbride@ycst.com<br>John W. Shaw (#3362)<br>jshaw@ycst.com<br>Dawn M. Jones (#4270)<br>djones@ycst.com<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Phone: (302) 571-6600<br>Fax: (302) 571-1253 |
| *Attorneys for Plaintiffs RSI Home Products, Inc., RSI Home Products Management, Inc., and RSI Home Products Sales, Inc.* | *Attorneys for Defendant Tan U.S. Group, Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge