IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS, INC., RSI HOME PRODUCTS MANAGEMENT, INC., and RSI HOME PRODUCTS SALES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>TAN U.S. GROUP, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) C.A. No. 05-722-GMS ) ) ) ) ) |

## STIPULATION AND ORDER FOR DISMISSAL

The parties hereby stipulate and agree that the Complaint, Counterclaims, and any other claims in this action are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| RICHARDS, LAYTON & FINGER | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ (signature) <br> Frederick L. Cottrell, III (#2555) <br> cottrell@rlf.com <br> Alyssa M. Schwartz (#4351) <br> schwartz@rlf.com <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> *Attorneys for Plaintiffs RSI Home Products, Inc., RSI Home Products Management, Inc., and RSI Home Products Sales, Inc.* | /s/ John W. Shaw <br> David C. McBride (#408) <br> dmcbride@ycst.com <br> John W. Shaw (#3362) <br> jshaw@ycst.com <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> (302) 571-6600 <br> *Attorneys for Defendant Tan U.S. Group, Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

RLF1-3074023-1