IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSI HOME PRODUCTS, INC., et al.,     : | |
| : | |
| Plaintiffs,     : | |
| : | |
| v.     : | Civil Action No. 05-722-GMS |
| : | |
| TAN U.S. GROUP, INC.,     : | |
| : | |
| Defendant.     : | |

## ORDER

At Wilmington this **27th** day of **October, 2006,**

IT IS ORDERED that the mediation conference scheduled for Monday, November 6, 2006 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE